UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CENTRAL BOAT RENTALS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| HARBOR DREDGING, INC. | * | SECTION " " |
| and | * | |
| PORT BOLIVAR MARINE SERVICES, INC. | * | |
| D/B/A PORT BOLIVAR MARINE | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

NOW COMES the Plaintiff, Central Boat Rentals, Inc. ("Central Boat"), by and through its undersigned counsel, and against Defendants, Harbor Dredging, Inc. and Port Bolivar Marine Services, Inc. ("Defendants"), respectfully avers unto this Honorable Court as follows:

### JURISDICTION & VENUE

1.

These claims are admiralty and maritime claims within the jurisdiction of the United States and this Honorable Court and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and jurisdiction is proper under 28 U.S.C. § 1333. Additionally, this Court has supplemental jurisdiction over any non-maritime claims under 28 U.S.C. § 1367.

2.

Venue is appropriate in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

3.

At all times hereinafter mentioned, Plaintiff, Central Boats, was, and now is, a corporation organized and existing under the laws of the State of Louisiana, with its principal place of business in New Orleans, Louisiana.

4.

At all times hereinafter mentioned, upon information and belief, Defendant, Harbor Dredging, Inc., was, and now is, a corporation organized and existing under the laws of the State of Texas, with its principal place of business in Sugarland, Texas, authorized to do business in and maintaining business offices in the State of Louisiana.

5.

At all times hereinafter mentioned, upon information and belief, Defendant, Port Bolivar Marine Service, Inc., was, and now is, a corporation organized and existing under the laws of the State of Texas, with its principal place of business in Texas, authorized to do business in and maintaining business offices in the State of Louisiana.

## FACTUAL BACKGROUND

6.

On February 7, 2023, Central Boats, as owner, and Defendants, as charterers, entered into a Barge Bareboat Charter Party (hereinafter, the "Charter" attached hereto as Exhibit "A").

7.

Paragraph 1 of the Charter further provides an interest charge of then current Chase Manhattan Prime plus two percent (2%) per annum not to exceed the maximum legal rate to be assessed on invoices remaining unpaid beyond thirty (30) days after the invoice date.

8.

Paragraph 2 of the Charter provides Charter Hire, as agreed, shall be paid as invoiced to Charterer. It further provides that charter hire shall be paid within thirty (30) days after receipt of an invoice from Owner, at such rate as agreed between Owner and Charterer.

9.

In Article 18 of the Charter, Defendants irrevocably submitted themselves to the jurisdiction of the United States District Court for the Eastern District of Louisiana for any proceedings arising out of the Charter.

10.

Contemporaneously with the execution of the Charter, the parties entered into the Master Towage Agreement (hereinafter, the "MTA" attached hereto as Exhibit "B") for towage services to be provided by Central Boat. The MTA likewise contained a provision selecting the United States District Court for the Eastern District of Louisiana for any proceedings arising out of the MTA. The MTA further provided that "[t]he prevailing party in any litigation will be entitled to recover its reasonable attorney's fees from the non-prevailing party." Exhibit B, ¶ 13.

11.

From February 2023 to June 2023, Central Boats chartered barges to Defendants pursuant to the Charter, at the rates and terms set forth in a series of invoices (collectively, the "CBR Invoices" attached hereto *in globo* as Exhibit "C"), as detailed in the following paragraphs.

12.

On February 20, 2023, Central Boats forwarded Defendants invoice number INV 6334 in the amount of $67,000.00, which has since been paid in full.

13.

On February 27, 2023, Central Boats forwarded Defendants invoice number INV 6399 in the amount of $2,640.00, which has since been paid in full.

14.

On March 16, 2023, Central Boats forwarded Defendants invoice number INV 6506 in the amount of $286,215.00, which has been paid in part, by check in the amount of $122,360, leaving a balance of $163,855.00 before interest and other fees.

15.

On April 14, 2023, Central Boats forwarded Defendants invoice number INV 6643 in the amount of $69,030.00, which has not been paid.

16.

On April 24, 2023, Central Boats forwarded Defendants invoice number INV 6642 in the amount of $175,910.53, which has not been paid.

17.

On May 11, 2023, Central Boats forwarded Defendants invoice number INV 6797 in the amount of $29,408.73, which has not been paid.

18.

On June 1, 2023, Central Boats forwarded Defendants invoice number INV 6930 in the amount of $138,496.94, which has not been paid.

19.

On June 1, 2023, Central Boats forwarded Defendants invoice number INV 6934 in the amount of $86.06, which has not been paid.

20.

On June 8, 2023, Central Boats forwarded Defendants invoice number INV 6981 in the amount of $2,846.94, which has not been paid.

21.

On June 20, 2023, Central Boats forwarded Defendants invoice number INV 7077 in the amount of $74,576.22, which has not been paid.

22.

On June 29, 2023, Central Boats forwarded Defendants invoice number INV 7103 in the amount of $39,500, which has not been paid.

23.

On June 29, 2023, Central Boats forwarded Defendants invoice number INV 7115 in the amount of $19,235.61, which has not been paid.

24.

On July 10, 2023, Central Boats forwarded Defendants invoice number INV 7213 in the amount of $715.00, which has not been paid.

25.

On July 11, 2023, Central Boats forwarded Defendants invoice number INV 7217 in the amount of $660.00, which has not been paid.

26.

On July 11, 2023, Central Boats forwarded Defendants invoice number INV 7216 in the amount of $660.00, which has not been paid.

27.

On July 11, 2023, Central Boats forwarded Defendants invoice number INV 7218 in the amount of $660.00, which has not been paid.

28.

On July 11, 2023, Central Boats forwarded Defendants invoice number INV 7219 in the amount of $660.00, which has not been paid.

29.

Central Boats has thus far received only one payment in respect of the foregoing invoices as referenced above in relation to INV 6334, INV 6399, and the partial payment of invoice INV 6506 as referenced above, leaving a total balance of $763,735.13 before application of interest and fees.

## COUNT I - BREACH OF CHARTER

30.

In respect of the CBR Invoices, the principal amount of $763,735.13 remains outstanding and unpaid under the Charter.

31.

Pursuant to the terms of the Charter, Central Boats is entitled to recover the principal sum of $763,735.13, interest accruing on the principal amount at a rate of the current Chase Manhattan Prime plus 2% per annum not to exceed the maximum legal rate, beginning thirty (30) days after the date of the CBR Invoices, and reasonable attorneys' fees.

## COUNT II – OPEN ACCOUNT

32.

Central Boats re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs of this Complaint.

33.

Alternatively, Central Boats is entitled to recovery of unpaid amounts on open account pursuant to La. R.S. § 9:2781.

34.

Therefore, in addition to the principal amounts remaining due on the Invoices, Defendants is also liable unto Central Boats for reasonable attorneys' fees for bringing this action, pursuant to La. R.S. § 9:2781.

35.

Central Boats is further entitled to interest on the Invoices at the legal and/or contractual rate from the date payment was due on each of the CBR Invoices to the date of judgment, and legal interest from the date of judgment until paid.

**WHEREFORE**, the premises considered, Central Boats prays for judgment in its favor, and against Defendants, in the full amount of Central Boats' damages of not less than $763,735.13, together with interest thereon until paid, all attorneys' fees and costs, and such other and further relief to which Central Boats may be entitled.

Dated: July 28, 2023                                         Respectfully submitted,

|  |  |
|---|---|
| LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD | */s/ Joseph P. Briggett*<br>JOSEPH P. BRIGGETT (#33029)<br>Suite 2775, Pan-American Life Building<br>601 Poydras Street, Suite 2775<br>New Orleans, LA 70130<br>Telephone: (504) 568-1990<br>Facsimile: (504) 310-9195<br>*Attorneys for Central Boat Rentals, Inc.* |

PLEASE SERVE:

HARBOR DREDING, INC.,
through its agent for service of process:
Roland Maturin
226 Downing Street, OFC
Lafayette, LA 70506

and

PORT BOLIVAR MARINE SERVICE, INC.,
through its agent for service of process:
John R. Dafonte
P.O. Box 506
Port Bolivar, TX 77650